# TAB A

# VERIFICATION

STATE OF LOUISIANA        )
                          )   ss:
PARISH OF JEFFERSON       )

Richard D. Sutton, being duly sworn, deposes and says: (1) I am over the age of eighteen and understand the obligation of an oath; (2) I am employed by GENPACT LLC as Vice President and Legal Counsel, Human Resources; (3) I coordinated a thorough search of all emails and documents relating to, concerning, or reflecting GENPACT's decision to terminate Scott Mirmina's employment and provided those emails and documents to GENPACT's outside counsel for processing and production; and (4) I am authorized to execute this Verification on behalf of defendant.

_____
Richard D. Sutton, Esq.
Vice President & Legal Counsel, Human Resources
GENPACT LLC

Subscribed and sworn to before me
this 21 day June, 2017.

_____
Notary Public

My Commission expires: at death

INSTRUMENT NOT PREPARED BY SIGNING NOTARY.
NOTARY ATTESTING TO SIGNATURES ONLY.
X_____
SHANE E. DUPLAISIR, NOTARY PUBLIC
LOUISIANA NOTARY # 128581