## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT MIRMINA, | : | |
| | : | CASE NO. 3:16-cv-00614-AWT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GENPACT, LLC, | : | |
| | : | |
| Defendant. | : | JULY 24, 2017 |
| | : | |

### AFFIDAVIT OF RICHARD D. SUTTON

| | | |
|---|---|---|
| STATE OF LOUISIANA | ) | |
| | ) | ss: |
| PARISH OF JEFFERSON | ) | |

RICHARD D. SUTTON, being duly sworn, deposes and says:

1.      I am the Vice President and Legal Counsel, Human Resources, for Genpact, LLC ("Genpact"), am over the age of 18, and understand the meaning and significance of an oath.  All facts attested to herein are based on my own personal knowledge, information I believe to be true, and/or records maintained by Genpact in the ordinary course of business.

2.      On or about September 17, 2015, shortly after Genpact received the charge of discrimination filed by plaintiff, Scott Mirmina, with the Connecticut Commission on Human Rights and Opportunities, I issued a general litigation hold to Mr. Mirmina's managers as well as the human resources professionals and others involved in the performance improvement process that culminated in the decision to terminate Mr. Mirmina's employment, including Sarika Saxena, Jorge Colon, Gregory Meyers, Sarah Walker Carpenter, Genine Mikucki, and Tanuja Gairola.  A copy of that litigation hold memorandum along with my cover e-mail is attached hereto as Exhibit A.

3.      In connection with Genpact's discovery compliance in this matter, I instructed

Sarika Saxena, Jorge Colon, Gregory Meyers, Sarah Walker Carpenter, Tanuja Gairola, and

Genine Mikucki to search their email inboxes and sent items for e-mails related to Mr. Mirmina

and to retrieve all messages regarding Mr. Mirmina's job performance, including critical

commentary, the performance improvement plan, Mr. Mirmina's workplace behavior, matters

pertinent to decision to terminate his employment, and any complaints initiated by Mr. Mirmina

as well as any investigation or follow-up relating to such complaints.  I explained the parameters

of the emails that we were looking for and emphasized the importance of a thorough search.    I

also answered any questions regarding the search.  After each individual provided me with the

results of his or her search, I sent all of the emails to Genpact's outside counsel for processing and

production.

_____
Richard D. Sutton

Subscribed and sworn to before me
this 21 day of July, 2017

_____
Notary Public

My commission expires: at death _____



INSTRUMENT NOT PREPARED BY SIGNING NOTARY.
NOTARY ATTESTING TO SIGNATURES ONLY.
X_____
SHANE E.DUPLAISIR, NOTARY PUBLIC
LOUISIANA NOTARY # 128561

2

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of July, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

_____
Lawrence Peikes

18061\412\3720617.v4