## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SCOTT MIRMINA,** | : | |
| | : | **Case No. 3:16-cv-00614-AWT** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GENPACT, LLC,** | : | |
| | : | |
| **Defendant.** | : | **AUGUST 15, 2017** |

### PLAINTIFF'S MOTION FOR EXTENSION

The Plaintiff, Scott Mirmina, hereby requests an extension of time of fifty (50) days up to and including, Monday, October 23, 2017 to respond to the Defendant's Motion for Summary Judgment.

Plaintiff's counsel is on vacation for the remainder of August.

There is a deadline in place of September 23, 2017 to submit a trial brief in a matter that involved 45 days of testimony from 21 witnesses and entry into evidence of over 800 exhibits. This is a massive undertaking due to the amount of evidence presented by the parties. Due to this commitment and other deadlines for court filings and court appearances, as well as three mediations, in September, Plaintiff's counsel seeks the extension to prepare and submit the Opposition to the Motion for Summary Judgment thereafter.

Based on the number of issues raised in the Defendant's Summary Judgment papers, the Opposition will take significant time to prepare.

This is the first request for an extension to respond to the summary judgment motion.

Plaintiff's counsel has conferred with counsel for the Defendant who has consented to the grant of this Motion for Extension.


Respectfully submitted,


PLAINTIFF,

By:    /s/ Heena Kapadia 11869
       Heena Kapadia (ct11869)
       Law Office of Heena Kapadia
       2750 Whitney Avenue
       Hamden, CT 06518
       Phone:  203-288-8006
       Fax:    203-281-7887
       hkapadia@heenakapadialaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017 a copy of the foregoing Motion for Extension, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Heena Kapadia

2